# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS ACCIAVATTI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **RESTORE REHABILITATION, LLC, KEY** | : | |
| **RISK MANAGEMENT SERVICES, LLC,** | : | |
| **STARNET INSURANCE COMPANY** | : | |
| and **PARADIGM CORP.** | : | **NO. 20-5068** |

## ORDER

**NOW,** this 19th day of November, 2020, upon consideration of the Notice of Removal (Document No. 1) and the plaintiff's complaint, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.